### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| TERENCE LEE YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 04-BE-551-E |
| ) | |
| TALLADEGA CORRECTIONAL INSTITUTE, ) | |
| et al., ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 27, 2005, in which he recommended that all claims in this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), with the exception of the plaintiff's First Amendment claims against defendant Jordan, which he recommended be dismissed without prejudice for failure to exhaust administrative remedies.  No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, all the claims in this action are due to be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), with the exception of the plaintiff's First

---

[1] The report and recommendation sent to the plaintiff at Keeton Correctional Facility was returned to the court.  On March 7, 2005, the magistrate judge ordered (doc. 27) that a copy of the report and recommendation be sent to the only other known address of the plaintiff, which is a private residence.  The plaintiff was afforded fifteen (15) days from the entry date of the order to file objections to the report and recommendation.

Amendment claims against defendant Jordan, which are due to be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. An appropriate order will be entered.

**DATED**, this 23rd day of March, 2005.

/s/ Karon O. Bowdre
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE